UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-62321-LEIBOWITZ/AUGUSTIN-BIRCH

**CHASE BORUFF**,
    *Plaintiff,*

v.

**PLATINUM LUXURY AUCTIONS LLC,**
*et al.*,
    *Defendants.*
_____/

## ORDER

**THIS CAUSE** is before the Court on a *sua sponte* review of the docket. On April 2, 2025, Plaintiff filed a Motion to Strike Defendant Platinum Luxury Auctions LLC's Affirmative Defenses (the "Motion") [ECF No. 43]. Defendant Platinum Luxury Auctions LLC's response was due on April 16, 2025, yet no response was filed. Pursuant to the Local Rules of the Southern District of Florida, "each party opposing a motion shall serve an opposing memorandum of law not later than fourteen (14) days after service of the motion. Failure to do so may be deemed sufficient cause for granting the motion by default." S.D. Fla. L.R. 7.1(c). Accordingly, it is **ORDERED AND ADJUDGED** that Defendant Platinum Luxury Auctions LLC shall file a response to the Motion **no later than April 25, 2025,** or show cause in writing why the Motion should not be granted by default. Failure to respond by the above deadline may result in the Motion being granted by default without further notice.

**DONE AND ORDERED** in the Southern District of Florida on April 22, 2025.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record